



**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**DEPARTMENT OF LABOR**
**ADMINISTRATIVE HEARING OFFICE**

| | |
|---|---|
| In the Matter of:<br><br>Zaji Obatala Zajradhara,<br><br>          Complainant,<br><br>   v.<br><br>GIG Partners, Inc. dba Bossanobar,<br><br>          Respondent. | )<br>)<br>)<br>)  Labor Case No. 18-065<br>)<br>)<br>)<br>)  **NOTICE OF**<br>)  **MEDIATION**<br>)<br>)  *Continuation*<br>)  *4/22nd/2019 1:30 P.M.*<br>)<br>) |

Pursuant to NMIAC § 80-20.1-465, this matter is hereby referred to mediation. Please take notice that mediation of this case is hereby scheduled for **Thursday, March 14, 2019 at 1:30 P.M.** in the Administrative Hearing Office of the CNMI Department of Labor, Building # 1357, Mednilla Avenue, Capitol Hill, Saipan (Telephone: 664-3195).

You have the right, at your own expense, to be represented by an attorney or non-attorney of your choice. Attendance by the above-captioned person or representative with settlement authority is required. A request for a continuance will only be granted for good cause shown in writing at least five (5) business days before the mediation date. Failure to attend may result in dismissal, initiation of investigation, and/or additional penalties or sanctions.

So ordered this _20th_ day of February, 2019.

                                                    Jacqueline A. Nicolas
                                                    Administrative Hearing Officer

GIG Partners/Bassano Bar

On September 12, 2018 - I applied for the following positions with the above stated Company: JVA 18-09-62944 Waitstaff (and) JVA: 18-09-62943 Bartender. I was given an interview for only the bartenders' position, as of this filing I have not been hired by the above-stated Company-; though, I believe that I am qualified for the position, moreover, it is my belief that the above-stated Company hired a foreign Citizen visa worker for the position.

I am asking for backpay, and that this Company be disciplined.

Zyi O. Zyradhara

Dated 12-19-2018

L.C. # 18-065

DEPARTMENT OF LABOR
Div. of Administrative Hearings
RECEIVED
By: [signature]
Date: 12/21/2018  Time:

18-065

DEPARTMENT OF LABOR
Div. of Administrative Hearings
RECEIVED via e-mail.
By:
Date: 12/17/2018 Time: 9:48 a.m.

ATTACHMENT # 1>>> EMAIL DATED 9/12/2018

**Zaji Zajrdhara** <zajiversal@yahoo.com>
To:James Ulloa
Cc:Renita Camacho,Gil San Nicolas,Michael Dotts,Manases Iguel,Dennis Cabreraand 7 more...
Bcc:Daniel Guidotti,Crespo Richard (CRT),Aloot Sebastian (CRT)
Sep 12 at 10:38 PM

GOOD EVENING, MR. ULLOA
SORRY FOR THE LATE RESPONSE, THE PROSPECTIVE EMPLOYERS IN QUESTION ARE AS FOLLOWS:

( AT ISSUE, IS THE CNMI DEPT OF LABOR HAS TAKEN IT UPON ITSELF TO CHANGE THE PROTOCOLS OF THE SYSTEM> MEANING THAT PREVIOUSLY AND AS IS THROUGHOUT THE UNITED STATES ALL STATE EMPLOYMENT DATABASES PROVIDE ALL RELEVANT CONTACT INFORMATION> EMAIL, PHONE NUMBER ADDRESS...WITHOUT OBSTRUCTIONS...WHAT'S WITH THE CNMI? ) WHATS MORE: MY RESUME CONSISTS OF 36+ PAGES -WHICH I CANNOT SEND TO ANY PROSPECTIVE EMPLOYER UTILIZING YOUR EMAIL ATTACHMENT/ CONTACT SYSTEM MARIANASLABOR.NET

1#, GIG WAITSTAFF JVA# 18-09-62944 AND BAR TENDER JVA # 18-09-62943

2#, S W CORPORATION JVA# 18-08-62910-MANAGER

3#, SAIPAN GUANGFA INDUSTRY CO LTD - JVA# 18-08-62930- MANAGER


IF YOU WOULD BE SO KIND AS FORWARD THESE SUBMISSIONS TO THE PROSPECTIVE EMPLOYER, I WOULD GREATLY APPRECIATE IT.

OR REVERT THE SYSTEM BACK TO ITS ORIGINAL/ LAWFUL STATE.


ZAJI O. ZAJRADHARA
ATTACHMENT #2>>>EMAIL DATED 9/22/2018
On Saturday, September 22, 2018, 11:06:58 PM GMT+10, brye Mendoza Jr <bryemendozajr28@gmail.com> wrote:
To whom it may concern,

We would like to inform you that you are scheduled for an interview on Monday September 24, 2018 at 1:00 PM at GIG Discotheque for the Bartender and Waitstaff position you applied. We hope to see you soon.

Warm Regards,


Bryan Mendoza Jr
GIG Partners Inc.
Assistant Bar Manager
bryemendozajr28@gmail.com
(670)2333132 or (670)7833324
ATTACHMENT #3>>>EMAIL DATED 9/22/2018
**brye Mendoza Jr** <bryemendozajr28@gmail.com>

To:Zaji Zajrdhara
Cc:Zachary ngirbabul,Colin Thompson,Colin Thompson,Crespo, Richard (CRT)
Sep 22 at 11:06 PM
To whom it may concern,

We would like to inform you that you are scheduled for an interview on Monday September 24, 2018 at 1:00 PM at GIG Discotheque for the Bartender and Waitstaff position you applied. We hope to see you soon.

Warm Regards,


Bryan Mendoza Jr
GIG Partners Inc.
Assistant Bar Manager
bryemendozajr28@gmail.com
(670)2333132 or (670)7833324


ATTACHMENT #4>>>> 9/23/2018
**Zaji Zajrdhara** <zajiversal@yahoo.com>
To:brye Mendoza Jr,Maeyesha Terlaje
Cc:Zachary ngirbabul,Colin Thompson,Colin Thompson,Crespo, Richard (CRT)
Bcc:Sam M.
Sep 23 at 12:55 PM
Good afternoon, in response to your attempt at the interview on the above-stated date, please be advised that I have a pre-existing dental appointment and later in the day must meet with a specialist coming to Saipan from Guam regarding leg pain issues.

Therefore, I am giving notice that said interview shall need to be re-scheduled; further, I am hereby requesting that i shall be allowed to audio/visually record said interview.

it should be noted that during my previous "bartending" interview members of the gig staff recorded said so-called bartending exam" and I was not furnished with a copy of said recording.

thank you for your co-operation in this matter

zaji

ATTACHMENT #5>>> 9/25/2018
Hello Mr. Zaji,

I have received your email. Let's reschedule for tomorrow, Sep. 26 at 2pm at GIG. feel free to contact us if you cannot make it.




ATTACHMENT #6>>> DATED 9/26/2018

**Zaji Zajrdhara** <zajiversal@yahoo.com>
To:Ryan ngirbabul
Cc:brye Mendoza Jr,Maeyesha Terlaje,Colin Thompson,Colin Thompson,Crespo, Richard (CRT)
Sep 26 at 12:01 AM
GOOD EVENING ALL ATTACHED

I AM JUST BEGIN ABLE TO RESPOND TO THE EARLIER EMAIL; WE SHALL NEED TO RESCHEDULE, AS EARLIER THIS EVENING I ACCEPTED A FEW DAY IMMEDIATE PSY LABOR JOB WORKING FOR THE CHINESE MOVIE PRODUCTION CREW HERE ON ISLAND.

I SHALL FIND OUT BY FRIEND IF THEY SHALL NEED ME FOR A FEW MORE DAYS AFTER..bUT THE POSITION IS SUPER SHORT, AND I REALLY NEED THE POCKET MONEY TO PAY BILLS.

THANK YOU FOR YOUR UNDERSTANDING...

PS MY START TIME IS 700AM
ZAJI
BE BLEST

ATTACHMENT #7>>> DATED 9/27/2018
**Zaji Zajrdhara** <zajiversal@yahoo.com>
To:Ryan ngirbabul
Cc:brye Mendoza Jr,Maeyesha Terlaje,Colin Thompson,Colin Thompson,Crespo, Richard (CRT)
Sep 27 at 6:25 AM
good morning
if we can meet today( 09/27/2018) at the same time that would be great.

ATTACHMENT #8>>> DATED 10/04/2018
Re: SETTING INTERVEIW TIMES / DATES> FOLLOW UP4
Yahoo/Sent

**Zaji Zajrdhara** <zajiversal@yahoo.com>

To:Zachary Ngirbabul,Brye Mendoza Jr,Colin Thompson,Colin Thompson,Maeyesha Terlaje

Oct 4 at 7:27 AM

HELLO

THIS IS A FOLLOW UP TO MY EMAIL SENT A FEW DAYS AGO, REGARDING DOING THE INTERVIEW ON FRIDAY; AS IT TURNS OUT, I AM NOW WORKING DURING THE DAYTIME; SO I AM REQUESTING THAT THE INTERVIEW BE CARRIED OUT AT NIGHT TIME- AFTER 5 PM, AS I GET OFF WORK AT THAT TIME, AND AS THIS IS A NEW JOB, I DO NOT WANT TO TAKE TIME OFF.

THANK YOU FOR YOUR UNDERSTANDING. ZAJI O. ZAJRADHARA

ATTACHMENT # 9 >>>> DATED 10/8/2018

**brye Mendoza Jr** <bryemendozajr28@gmail.com>
To:Zaji Zajrdhara
Cc:Zachary ngirbabul,Colin Thompson,Colin Thompson,Maeyesha Terlaje,Susana Galmanand 1 more...
Oct 8 at 2:40 PM
To whom it may concern,
Hello Mr. Zaji Zajrdhara, on behalf of the management we would like to inform you that unfortunately, we only do job interviews during the day from 8am to 5pm. Also, we would like to reschedule an interview for the position (Bartender) you are applying for. Please make time on Wednesday 4pm Oct. 10, 2018 at GIG.
We hope to see you soon.
Thank you.
Warm regards,
Bryan Mendoza Jr
Asst. Bar Manager
GIG Partners INC.

ATTACHMENT # 10>>> DATED 10/8/2018

**Zaji Zajrdhara** <zajiversal@yahoo.com>
To:brye Mendoza Jr
Cc:Zachary ngirbabul,Colin Thompson,Colin Thompson,Maeyesha Terlaje,Susana Galmanand 1 more...
Oct 8 at 2:45 PM
to be clear, I am applying for both bartender and waiter.
thank you, I am scheduled for a food handlers class on the 10/10/2018..
it has taken your office/ officers more than a week to respond to my request for re-scheduling.
again, due to my being employed during the day in the primary position of office personnel; i will have to get back to you regarding 10/10/18...
have a great day.
zaji

ATTACHMENT #11>>> DATED 10/9/2018

**Zaji Zajrdhara** <zajiversal@yahoo.com>
To:brye Mendoza Jr
Cc:Zachary ngirbabul,Colin Thompson,Colin Thompson,Maeyesha Terlaje,Susana Galmanand 1 more...
Oct 9 at 12:49 PM
hello, as of 10/10/18, please be advised that i shall be able to make the interview time of 4 pm- or a little thereafter, also be advised that i shall be walking from capital; hill, and will try my best to make said 4 pm appointment; if for some unforeseen problems that i am a bit late, i ask that the interviewing staff, please be patient as to my arrival.
thank you
zaji

ATTACHMENT # 12>>>DATED 5/15/2018

Bartender at GIG Partners, Inc.
Yahoo/Inbox

- **brye Mendoza Jr** <bryemendozajr28@gmail.com>

To:Zaji Zajrdhara

Cc:Zachary ngirbabul,Colin Thompson,mae.cmtlaw@outlook.com,Wong Hang Yu

May 15 at 9:56 PM

Dear Mr Zaji Zajrdhara,

Thank you for taking the time to speak to us about your application at GIG Partners Inc. After careful consideration, we regret to inform you that you have not been selected for this position.

We will retain your GIG career profile in our database and inform you of jobs matching your criteria if you selected this option. Your profile remains current for 6 months since your last update.

We thank you for your interest in GIG Partners Inc. and wish you all the best in your career.

You are welcome to contact the GIG location to which you applied.

Best Regards,

Bryan Mendoza Jr

GIG Partners Inc.

Assistant Bar Manager

bryemendozajr28@gmail.com

(670)2333132 or (670)7833324

ATTACHMENT # 13>>> DATED 11/15/2018

Fw: claim that I harassed a gig/ nizekii employee4
Yahoo/Sent

- **Zaji Zajrdhara** <zajiversal@yahoo.com>

To:Maeyesha Terlaje,Zachary Ngirbabul,Brye Mendoza Jr,Colin Thompson,Colin Thompson

Nov 15 at 2:38 PM

Hello, mr. thompson

Your client again has made false claims against me; therefore i have again filed a federal retaliation / harassment complaint with the federal authorites.

I have asked your staff to contact your client and ask that they " cease and desist" from their current harassments/ and or obstructions; tonight i have invited a number of fema, sba and military members to come enjoy my " Glow" event.

I shall continue to fight against your clients continued negative behavors.

Further, i am asking that all audio/ visual evidence of said claimed negative behaviours of and by myself be perserved for review by the proper federal investigating authorities.

Thank you for your understanding and resolution to these unwarranted lies and refusals against me.

Thank you

Zaji o. Zajradhara

ATTACHMENT # 14>>>DATED 10/10/2018

## RE: request that i only shall actively apply for the wait staff position
Yahoo/Sent

- **Zaji Zajrdhara** <zajiversal@yahoo.com>

To:Colin Thompson,Colin Thompson,Maeyesha Terlaje,Brye Mendoza Jr,Zachary Ngirbabul

Oct 10 at 5:25 PM

Good day, as stated during the interview earlier today, due to my extreme deadline involving my child's daycare I could not complete/ begin the bartenders' drink preparation demonstration; therefore, I asked that at this time the bartenders position be cancelled until a later date and that I would apply for the wait staff position.

thank you for your understanding.

zaji